[Department Two. — February 25, 1883.]

CHARLES STEDMAN, APPELLANT, v. THE CITY AND COUNTY OF SAN FRANCISCO, RESPONDENT.

MUNICIPAL CORPORATION — POLICE OFFICERS — ARREST AND IMPRISONMENT — TAKING AND DETENTION OF PROPERTY — DAMAGES. — The city and county of San Francisco is not liable in damages for a wrongful arrest and imprisonment by police officers under an ordinance adopted by the board of supervisors, nor for the taking and detention of property by such officers from the person so arrested.

APPEAL from a judgment of the Superior Court of the city and county of San Francisco.

The complaint alleged in substance that the plaintiff was arrested by members of the police department of San Francisco, and imprisoned for the period of four and a half months, and that they also took from him certain property, and detained the same fourteen months; that these acts were done through the procurement of the defendant under an ordinance previously adopted by the board of supervisors, that there was no cause for them, and that the plaintiff was damaged in the sum of sixty thousand dollars. The defendant demurred for insufficiency, and the demurrer was sustained. The plaintiff declined to amend, and a final judgment was entered against him.

*Moses G. Cobb.* and *George W. Chamberlain*, for Appellant.

*John L. Murphy*, and *Wm. Craig*, for Respondent.

PER CURIAM. — We are unable to perceive upon what theory the defendant could be held responsible by reason of the matters set forth in the complaint. The demurrer was properly sustained.

Judgment affirmed.